

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

December 18, 2015

Mr. Jack Bissett
222-B Sailmaster St.
Austin, TX 78734

RE:    Court of Appeals Number:    03-15-00530-CR
        Trial Court Case Number:    C-1-CR-14-160011

Style:    Jack Bissett
        v. The State of Texas

Dear Mr. Bissett:

Appellant's brief was due in this Court on **December 16, 2015** and is overdue. If this Court does not receive a satisfactory response to this notice from appellant on or before **Monday, December 28, 2015**, a hearing before the trial court will be ordered. *See* Tex. R. App. P. 38.8(b).

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Amy Strother*
Amy Strother, Deputy Clerk



RECEIVED
DEC 2 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

cc:    Ms. Giselle Horton



**COURT OF APPEALS**

THIRD DISTRICT

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

RECEIVED
DEC 2 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401682 DEC 21 2015

MR. JACK BISSETT
222-B SAILMASTER ST.
AUSTIN, TX 78734

NIXIE      787   FE 1270      0012/27/15

        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 7871125 4747     *0893-00997-27-17